**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| _____ | ) | **Case Number: 3:10-cv-02310-JMM** |
| **AMIL BERTOCKI** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ARS NATIONAL SERVICES, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

<u>**STIPULATION OF DISMISSAL**</u>

AND NOW, this 20th day of January, 2011,  it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed without prejudice and without costs.

Warren & Vullings, LLP                     Marshall, Dennehey, Warner, Coleman & Goggin

BY:_/s/  Brent F. Vullings_                  BY _(s) Andrew M. Schwartz_
   Brent F. Vullings, Esquire                   Andrew M. Schwartz, Esquire
   Attorney for Plaintiff                        Attorney for the Defendant


**SO ORDERED,**


_____
                                                              , J.